IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 5:08CR463/5:17CR346 |
| Plaintiff, | ) | |
| v. | ) | Judge Christopher A. Boyko |
| RONALD WRIGHT, | ) | |
| Defendant. | ) | <u>ORDER</u> |

This matter was before the Court on June 11, 2018, for sentencing on the Government's request for revocation of Defendant Ronald Wright's supervised release. The Defendant was present and represented by counsel.

A Supervised Release Violation hearing was held by Magistrate Judge Kathleen B. Burke on May 10, 2018, at which time the Defendant admitted to and was found in violation of his supervision. The Magistrate Judge issued a Report and Recommendation on that same date.

The Court adopts the Magistrate Judge's Report and Recommendation and finds Defendant in violation of supervision. Supervised release is continued and modified.

The Defendant shall be placed in a community corrections center for a period of 90 days. All previously ordered conditions of supervision remain in effect. In addition, the Defendant shall participate in Cognitive Behavioral Treatment and shall observe a Reentry

Court session.  The Court recommends Defendant shall be considered for placement in the Court's Reentry Program.

The Defendant shall receive credit for time served in Federal custody.  The Defendant is remanded to custody and will be transferred to the community corrections center upon designation.

IT IS SO ORDERED.

                                            s/ Christopher A. Boyko
                                            CHRISTOPHER A. BOYKO
                                            UNITED STATES DISTRICT JUDGE

DATED:  June 12, 2018